IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT D. HANCOCK, ) | |
| ) | |
| Plaintiff, ) | 8:05CV495 |
| ) | |
| v. ) | |
| ) | |
| NATIONAL PAYMENT CENTER U.S. ) | REASSIGNMENT ORDER |
| DEPARTMENT OF EDUCATION, and ) | |
| DEPARTMENT OF EDUCATION, ) | |
| ) | |
| Defendants. ) | |

It has come to this court's attention that Magistrate Judge Thomas D. Thalken was assigned in error to this case.

THEREFORE, IT IS ORDERED that the assignment of Magistrate Judge Thomas D. Thalken is hereby withdrawn.

DATED this 31st day of October, 2005.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge